**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| DAN R WILLIAMS, ) | Case No. 18-11568-BFK |
| ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING**

Upon consideration of the Debtor's Motion to Shorten Time for Notice and/or for Expedited or Specially Set Hearing on Motion for Order Approving Contract to Sell Real Estate and Authorizing Sale of Real Property (Docket No. 30), it is

**ORDERED:**

1. The motion to expedite hearing is granted, and a hearing on the Debtor's Motion for Sale of Property under Section 363(b) (Docket No. 29) will be held on **Wednesday, June 27, 2018 at 1:30 p.m.**

2. Any response to the Motion must be filed by **5:00 p.m.** on **Tuesday, June 26, 2018**.

3. Counsel for the Movant shall give notice of this hearing by close of business on **June 13, 2018**.

4. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Jun 13 2018          /s/ Brian F. Kenney
                            Brian F. Kenney
Alexandria, Virginia        United States Bankruptcy Judge

Entered on Docket: June 15, 2018

1

Copies to:

Dan R. Williams
1347 Kirby Rd
McLean, VA 22101
*Chapter 11 Debtor*

Daniel M. Press, Esquire
6718 Whittier Ave., Suite 200
McLean, VA 22101
*Counsel for Chapter 11 Debtor*

Jack Frankel, Esquire
Office of the U.S. Trustee
115 South Union Street, Ste. 210
Alexandria, VA 22314
*Counsel for the U.S. Trustee*